```
Ouachita Parish          C-20220456
Filed May 12, 2022 12:16 PM    CV1
Rene Tanner
Deputy Clerk of Court
FAX Received May 11, 2022
```

| | | |
|---|---|---|
| **OLIVIA CARTER, INDIVIDUALLY AND ON BEHALF OF THE MINOR CHILD, KERRY LEE MADISON** | * | **CIVIL DOCKET NUMBER C-20220456** |
| | * | **4TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | | |
| **OCHSNER LSU HEALTH – MONROE** | * | **OUACHITA PARISH, LOUISIANA** |

## FIRST AMENDED AND SUPPLEMENTAL PETITION

The petition of **OLIVIA CARTER, INDIVIDUALLY AND ON BEHALF OF THE MINOR CHILD, KERRY LEE MADISON**, appearing herein through undersigned counsel, respectfully submits:

1.

Petitioners desire to amend and supplement the original Petition for Damages to show that Olivia Carter, Individually and as Independent Administratrix of the Estate of Octavia Taylor; and Olivia Carter, as Provisional Tutrix of the minor child, Kerry Lee Madison are the petitioners.

2.

Petitioner desires to amend and supplement Paragraph Number 1 of its original Petition for Damages to show:

"Made defendants herein are:

(1) **BRFHH MONROE, LLC**, a limited liability company, and owner, operator and manager and doing business as **OCHSNER LSU HEALTH MONROE**, a hospital treating patients at 4864 Jackson Street, Monroe, Ouachita Parish, Louisiana 71201, and who may be served through its agent for service of process, CT CORPORATION SYSTEM, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

(2) **OCSNER LSU HEALTH SYSTEM OF NORTH LOUISIANA, D/B/A OCHSNER LSU HEALTH MONROE**, a hospital treating patients at 4864 Jackson Street, Monroe, Ouachita Parish, Louisiana 71201, and who may be served through its agent for service of process, CT CORPORATION SYSTEM, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816."

RECEIVED
2022 MAY 12 P: 12: 14
CLERK OF COURT
OUACHITA PARISH

*Chloé Ellington*

Certified True and Correct Copy
CertID: 2022051800345

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/18/2022 4:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

Petitioners re-urge and reiterate all other allegations of its original petition.

**WHEREFORE**, Petitioners pray:

(1) That the First Amended and Supplemental Petition be filed;

(2) That they re-urge and reiterate all other allegations of their original petition;

(3) for all such orders and decrees which are necessary for full, general and equitable relief in the premises.

**MINIFIELD & HARPER**

_____
L. CHARLES MINIFIELD, NO. 01968
PAMELA R. HARPER, NO. 19337
1306 Sibley Road (71055) – P. O. Box 796
Minden, Louisiana 71058-0796
Phone: (318) 377-7131
Fax: (318) 371-0902

**SERVICE INFORMATION:**

**PLEASE SERVE THE DEFENDANTS WITH THE ORIGINAL PETITION FOR DAMAGES, ALONG WITH THIS FIRST AMENDED AND SUPPLEMENTAL PETITION AS FOLLOWS:**

(1) **BRFHH MONROE, LLC,** a limited liability company, and owner, operator and manager and doing business as **OCHSNER LSU HEALTH MONROE,** a hospital treating patients at 4864 Jackson Street, Monroe, Ouachita Parish, Louisiana 71201, and who may be served through its agent for service of process, CT CORPORATION SYSTEM, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

(2) **OCSNER LSU HEALTH SYSTEM OF NORTH LOUISIANA, D/B/A OCHSNER LSU HEALTH MONROE,** a hospital treating patients at 4864 Jackson Street, Monroe, Ouachita Parish, Louisiana 71201, and who may be served through its agent for service of process, CT CORPORATION SYSTEM, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

Certified True and Correct Copy
CertID: 2022051800345

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/18/2022 4:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).