**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| OLIVIA CARTER, INDIVIDUALLY ON BEHALF OF THE MINOR CHILD KERRY LEE MADISON | § § § § | NUMBER:   3:22-cv-01738 |
| VERSUS | § § § | JUDGE TERRY A. DOUGHTY |
| OCHSNER LSU HEALTH - MONROE | § | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

CONSIDERING THE FOREGOING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE DEFEND FILED BY THE DEFENDANTS/MOVANTS, BRFHH MONROE, LLC AND OCHSNER LSU HEALTH SYSTEM OF NORTH LOUISIANA:

IT IS ORDERED that the deadline for the defendants/movants, BRFHH MONROE, LLC and OCHSNER LSU HEALTH SYSTEM OF NORTH LOUISIANA, to answer or otherwise defend this matter is hereby extended for thirty (30) days, through and including July 27, 2022.

THUS DONE AND SIGNED, in chambers, in Monroe, Ouachita Parish, Louisiana, on this __27th__ day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE