UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **OLIVIA CARTER** | **CIV. ACTION NO. 3:22-01738** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OCHSNER L S U HEALTH SYSTEM OF NORTH LOUISIANA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the above-captioned cause be, and it is hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that LSU Health's Motion to Dismiss [Doc. No. 9] is hereby **DENIED WITHOUT PREJUDICE** to LSU Health's right to re-file the substance of the motion following remand, as warranted, in accordance with Louisiana procedural law and devices.

Monroe, Louisiana, this 20th day of January 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE